IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS PEACOCK,

    Petitioner,

v.                                                            4:17cv189–WS/CJK

JULIE JONES,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 14) docketed January 10, 2018. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as untimely. The petitioner has filed objections (doc. 15) to the report and recommendation.

Upon review of the record in light of the petitioner's objections to the report and recommendation, the court has determined that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 14) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 11) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1), challenging the petitioner's judgment of conviction and sentence in *State of Florida, Travis L. Peacock,* Leon County Circuit Court Case No. 2004–CF–3979, is DISMISSED WITH PREJUDICE.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this __14th__ day of __February__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.